# APRIL 18, 1945

OSCAR MAYBURN FULLERTON v. THE STATE.

No. 23108. Delivered April 18, 1945.

The opinion states the case.

*A. A. Kern,* of Dallas, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

This appeal is from a conviction for the offense of burglary and the jury further found that he had been twice theretofore convicted of a felony. The appellant was accordingly sentenced to life imprisonment in the penitentiary.

The record comes before us without any bills of exception or statement of facts. The proceedings appear regular in every respect. There is nothing presented for our consideration.

The judgment of the trial court is affirmed.